**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 890 MAL 2016

              Respondent             :

                                     :   Petition for Allowance of Appeal from
                                     :   the Order of the Superior Court

                 v.                       :

SHAWN A. ROSS,                     :

              Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.